IPP International U.G. Declaration Exhibit A
File Hashes for IP Address 108.53.128.191

**ISP:** Verizon Internet Services
**Physical Location:** Passaic, NJ

| Hit Date UTC | File Hash | Title |
| --- | --- | --- |
| 01/24/2018 22:42:46 | 65FB1A3CEF085B831C6343F19C7CC818423BBECC | Red Hot Christmas |
| 11/26/2017 23:04:28 | 983C0248235B4AC239F126947EB194068A914603 | Love Burns Again |
| 11/26/2017 22:04:26 | 3B38DACB9530C6AEC7D8364900B0052BAC28678D | Would You Fuck My Girlfriend |
| 11/19/2017 04:05:49 | A4FD3DC2FF98746B969EEE1EB94270267AC1695C | Virtual Girlfriend |
| 09/11/2017 22:45:35 | F37E879D091658CE5B9278B3011710D5C638BFF0 | Milla Goes Nuts For Doughnuts |
| 09/11/2017 22:43:15 | 444023C4746AC5950BD2CB8D047F1E65C6CBEF07 | Tight Pink and Gold |
| 09/11/2017 22:42:47 | 050E32E15C163D01473729625E7D1F00CE18702A | Introducing Milla |
| 08/13/2017 23:29:40 | 7F30DB538482FB13F44A1F5B9E72FD75BB8030EB | Emerald Love |
| 03/04/2017 23:05:33 | 25B1C6C92B741122C550425DC9997F912D1CDA0A | A Rose A Kiss and A Bang |
| 03/04/2017 22:04:36 | E3B203419FB0600C8FEDA0E9A4EECBB9E77576D8 | Want To Fuck My Wife |

**Total Statutory Claims Against Defendant: 10**

EXHIBIT A

CNJ689